MOLINO & BERARDINO, A Professional Law Corporation
Anthony A. Molino, Esq. [SBN 156661] molino@molinolawfirm.com
Steven R. Berardino, Esq. [SBN 075820] sberardino@molinolawfirm.com
Michelle Cooper, Esq. [SBN 093668] mcooper@molinolawfirm.com
Benjamin J. Carter, Esq. [SBN 287462] bcarter@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010, Facsimile (323) 692-4015

Attorneys for Defendant, Wilshire Commercial Capital, L.L.C.

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASABRA RAGSDALE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL LLC., a California limited liability company,<br><br>*Defendant*. | CASE NO. 2:21-cv-00549-PA-AS<br><br>**NOTICE OF PETITION AND PETITION OF DEFENDANT WILSHIRE COMMERCIAL CAPITAL L.L.C. TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION**<br><br>[Filed concurrently with: Points and Authorities; Declaration of Benjamin Carter, Exhibits; Declaration of John Schwartz, Exhibit; Proposed Order]<br><br>Date: May 3, 2021<br>Time: 1:30 pm<br>Courtroom: 9-A<br>Judge: Hon. Percy Anderson<br>Complaint Filed: January 20, 2021 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on April 5, 2021, or as soon thereafter as the matter may be heard in Courtroom 9-A, 9th Floor of the U.S. District Court, Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Wilshire Commercial Capital L.L.C. ("WCC") will and hereby does petition this Court for an order compelling arbitration on an individual basis before the American Arbitration Association as to the single cause of action set forth in Plaintiff's Complaint, dismissing Plaintiff's class allegations without prejudice, and dismissing or staying proceedings in this case pending arbitration pursuant to 9 U.S.C. § 3, on the ground that the parties hereto agreed in writing that the issues raised in this action would be arbitrated on an individual basis.

The Petition is made pursuant to the terms of the Federal Arbitration Act, 9 U.S.C. § 2, and is based upon this Notice of Petition, the Memorandum of Points and Authorities, and the Declarations of John Schwartz and Benjamin Carter and exhibits thereto. Said Petition is filed concurrently with a Proposed Order. The Petition will further be made on all documents and records already on file in this matter and upon such further oral and documentary evidence as may be presented at or before the hearing of this Petition.

This Petition is made following the conference of counsel pursuant to Local Rule 7-3, which commenced on February 22, 2021, and concluded on February 24, 2021. Decl. of Benjamin Carter, ¶ 5.

DATED: March 29, 2021                    MOLINO & BERARDINO, APLC

By: */s/ Benjamin John Carter/*
Attorney for Defendant
Wilshire Commercial Capital L.L.C.

# CERTIFICATE OF SERVICE

*LASABRA RAGSDALE ET AL. V. WILSHIRE COMMERCIAL CAPITAL, L.L.C.*
CASE NO. 2:21-cv-00549-PA-AS

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On March 29, 2021, I served a true copy of:

**NOTICE OF PETITION AND PETITION OF DEFENDANT WILSHIRE COMMERCIAL CAPITAL L.L.C. TO COMPEL ARBITRATION AND STAY ACTION**

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America. Executed this 29th day of March, 2021, in Los Angeles, California.

_____
Beverly Langworthy

| | |
|---|---|
| 1 | **SERVICE LIST** |

William Litvak (SBN: 90533)
Dapeer Rosenblit and Litvak LLP
11500 West Olympic Boulevard Suite 550
Los Angeles, CA 90064
310-477-5575
Fax: 310-477-7090
Email: wlitvak@drllaw.com

Ignacio J. Hiraldo
IJHLaw
1200 Brickell Avenue Suite 1950
Miami, FL 33130
786-496-4469
Email: ijhiraldo@ijhlaw.com

NOTICE OF PETITION TO COMPEL ARBITRATION AND DISMISS OR STAY PROCEEDINGS