JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASABRA RAGSDALE, | Case No. CV 21-549 PA (ASx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| WILSHIRE COMMERCIAL CAPITAL LLC, | |
| Defendant. | |

In accordance with the Court's September 2, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 2, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE